<pre>
                    UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF NORTH CAROLINA
                           EASTERN DIVISION


GREGORY BRANTLEY                )
               Plaintiff,        )
                                 )
v.                               )        **JUDGMENT**
                                 )
                                 )        No. 4:19-CV-116-FL
ANDREW SAUL, Commissioner of     )
Social Security,                 )
               Defendant.        )
</pre>

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's stipulation.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered May 12, 2020, that plaintiff's counsel be awarded fees under 28 U.S.C. § 2412 in the amount of $5,400.00, plus reimbursement of the $400.00 filing fee.

**This Judgment Filed and Entered on May 12, 2020, and Copies To:**
Charlotte Williams Hall (via CM/ECF Notice of Electronic Filing
Cassia W. Parson (via CM/ECF Notice of Electronic Filing)

May 12, 2020                    PETER A. MOORE, JR., CLERK

                                  /s/ Sandra K. Collins
                                (By) Sandra K. Collins, Deputy Clerk